# Exhibit 1



CONFIDENTIAL TRANSCRIPT

# Transcript of Jason Shrensky

**Date:** April 10, 2025
**Case:** Fort Myer Construction Corporation -v- Shrensky

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLUMBIA

 3     - - - - - - - - - - - - - - - - - x

 4     FORT MYER CONSTRUCTION              :

 5     CORPORATION,                        :

 6      Plaintiff/Counterclaim-Defendant,  :

 7     v.                                  : Civil Action No.

 8     LEWIS F. SHRENSKY,                  : 1:23-cv-2275

 9      Defendant/Counterclaim Plaintiff.  :

10     - - - - - - - - - - - - - - - - - x

11

12                  CONFIDENTIAL TRANSCRIPT

13           Videotaped Deposition of JASON SHRENSKY

14                     Washington, D.C.

15                  Thursday, April 10, 2025

16                         9:44 a.m.

17

18

19

20     Job No.: 575386

21     Pages: 1 - 398

22     Reported By: Tasiana T. Basdekis, RPR
```

```
 1      Deposition of JASON SHRENSKY, held at the

 2   offices of:

 3

 4

 5         Offit Kurman (D.C.)

 6         1325 G Street, N.W.

 7         Suite 500

 8         Washington, D.C. 20004

 9         (202) 393-8100

10

11

12

13

14

15      Pursuant to notice, before Tasiana T. Basdekis,

16   RPR, Notary Public in and for the District of

17   Columbia.

18

19

20

21

22
```

CONFIDENTIAL TRANSCRIPT
Transcript of Jason Shrensky
Conducted on April 10, 2025                                      8

| | | |
|---|---|---|
| 1 | defendant and counter-plaintiff. | 09:45:27 |
| 2 |     MR. MORRISON:  True.  Thank you.  We're in | 09:45:29 |
| 3 | so many cases, it's difficult to keep up. | 09:45:32 |
| 4 |     MS. BERTRAM:  I know. | 09:45:35 |
| 5 |     THE VIDEOGRAPHER:  Thank you.  The court | 09:45:37 |
| 6 | reporter -- | 09:45:40 |
| 7 |     MR. MORRISON:  Before we begin, I want to | 09:45:40 |
| 8 | make a statement.  Ms. Bertram, we expect you to | 09:45:43 |
| 9 | adhere to your obligation to limit your | 09:45:48 |
| 10 | questioning of Mr. Shrensky to the First Amended | 09:45:52 |
| 11 | Complaint in this case. | 09:45:55 |
| 12 |     If you choose to ask him questions about | 09:45:57 |
| 13 | other litigation or the Second Amended Complaint, | 09:46:01 |
| 14 | which is not an operative pleading in this case, | 09:46:05 |
| 15 | we'll object and instruct him not to answer. | 09:46:08 |
| 16 |     So just so that the deposition proceeds | 09:46:11 |
| 17 | smoothly, we'd ask you in advance to adhere to | 09:46:18 |
| 18 | that obligation. | 09:46:21 |
| 19 |     MS. BERTRAM:  We're not planning to ask | 09:46:21 |
| 20 | questions about any issues relating to any other | 09:46:23 |
| 21 | litigation -- | 09:46:25 |
| 22 |     MR. MORRISON:  Good. | 09:46:27 |

CONFIDENTIAL TRANSCRIPT

Transcript of Jason Shrensky
Conducted on April 10, 2025

9

| | | |
|---|---|---|
| 1 | MS. BERTRAM:  -- other than -- unless | 09:46:27 |
| 2 | they're relevant to the issues in this litigation. | 09:46:28 |
| 3 | We will be asking about issues raised by | 09:46:30 |
| 4 | the Second Amended Complaint, but those are merely | 09:46:33 |
| 5 | updating amendments to claims that were asserted | 09:46:37 |
| 6 | in the First Amended Complaint. | 09:46:39 |
| 7 | So we do not agree to any agreement to -- | 09:46:40 |
| 8 | that he may not object on that basis. | 09:46:46 |
| 9 | MR. MORRISON:  Well, we're going to object | 09:46:48 |
| 10 | and instruct him not to answer questions about the | 09:46:49 |
| 11 | Second Amended Complaint, because it's not an | 09:46:52 |
| 12 | operative pleading in this case. | 09:46:54 |
| 13 | MS. BERTRAM:  We respectfully disagree | 09:46:56 |
| 14 | with your -- | 09:46:58 |
| 15 | MR. MORRISON:  Well, we'll take it | 09:46:59 |
| 16 | question-by-question. | 09:47:00 |
| 17 | MS. BERTRAM:  Can we go ahead and | 09:47:01 |
| 18 | administer the oath? | 09:47:03 |
| 19 | THE VIDEOGRAPHER:  And the court reporter | 09:47:04 |
| 20 | today is Tasiana Basdekis, representing Planet | 09:47:05 |
| 21 | Depos. | 09:47:06 |
| 22 | Will the reporter please swear in The | 09:47:09 |

CONFIDENTIAL TRANSCRIPT

Transcript of Jason Shrensky

Conducted on April 10, 2025                                    24

| | | |
|---|---|---|
| 1 | BY MS. BERTRAM: | 10:00:46 |
| 2 |    Q   Mr. Shrensky, I'm going to refer you to | 10:00:47 |
| 3 | Exhibit 65.  So in -- the first e-mail in the | 10:00:49 |
| 4 | string is on the bottom of Page 2, and it's an | 10:00:59 |
| 5 | e-mail from you to Mr. Finch, correct? | 10:01:02 |
| 6 |       MR. MORRISON:  Mr. Shrensky, take a minute | 10:01:06 |
| 7 | and read the whole document. | 10:01:07 |
| 8 |       THE WITNESS:  Mm-hm. | 10:01:09 |
| 9 |       Ms. Bertram, I'm looking at the e-mail | 10:01:14 |
| 10 | that's -- has the sent time of March 7, 2022, at | 10:01:54 |
| 11 | 1:12 p.m.  It's an e-mail from me to David Finch. | 10:01:58 |
| 12 | Is that what you're referring to? | 10:02:03 |
| 13 | BY MS. BERTRAM: | 10:02:05 |
| 14 |    Q   Yes. | 10:02:05 |
| 15 |    A   Okay. | 10:02:06 |
| 16 |       MR. MORRISON:  I'm concerned, Counsel. | 10:02:06 |
| 17 | This all relates to Washington Gas, which is the | 10:02:08 |
| 18 | central issue in the lawsuit that Fort Myer has | 10:02:12 |
| 19 | filed against JAS Investors and Jason Shrensky. | 10:02:17 |
| 20 |       MS. BERTRAM:  I'm not asking him about | 10:02:22 |
| 21 | Washington Gas. | 10:02:23 |
| 22 |       MR. MORRISON:  Well, I want to know in | 10:02:24 |

CONFIDENTIAL TRANSCRIPT
Transcript of Jason Shrensky
Conducted on April 10, 2025                    25

| | | |
|---|---|---|
| 1 | advance what you're going to ask him about and how | 10:02:25 |
| 2 | it's relevant to the First Amended Complaint. | 10:02:28 |
| 3 | BY MS. BERTRAM: | 10:02:30 |
| 4 |    Q  Mr. Shrensky, does Exhibit 65 refresh your | 10:02:30 |
| 5 | recollection as to whether you stopped working for | 10:02:33 |
| 6 | Fort Myer for a period of time in 2022? | 10:02:37 |
| 7 |    A  No. | 10:02:39 |
| 8 |    Q  And did you stop working on Washington Gas | 10:02:41 |
| 9 | at any point -- | 10:02:44 |
| 10 |       MR. MORRISON:  Objection.  Instruct -- | 10:02:46 |
| 11 | BY MS. BERTRAM: | 10:02:46 |
| 12 |    Q  -- in 2022? | 10:02:46 |
| 13 |       MR. MORRISON:  -- you not to answer. | 10:02:47 |
| 14 | BY MS. BERTRAM: | 10:02:50 |
| 15 |    Q  Are you accepting your counsel's | 10:02:51 |
| 16 | instruction not to answer? | 10:02:53 |
| 17 |    A  Well, of course. | 10:02:54 |
| 18 |    Q  And were you paid continuously the entire | 10:02:55 |
| 19 | time that you worked for Fort Myer? | 10:02:57 |
| 20 |       MR. MORRISON:  In what time period? | 10:03:00 |
| 21 |       MS. BERTRAM:  During the period from | 10:03:03 |
| 22 | January -- I'm sorry, December 2021 until August | 10:03:04 |

| | | |
|---|---|---|
| 1 | property on which Fort Myer operates, correct? | 10:14:49 |
| 2 | A   Yes. | 10:14:52 |
| 3 | Q   Okay.  And were there -- were you -- did | 10:14:53 |
| 4 | you participate in any development plans with | 10:14:56 |
| 5 | respect to any of those properties? | 10:14:59 |
| 6 | A   What does "participate in development | 10:15:00 |
| 7 | plans" mean? | 10:15:02 |
| 8 | Q   Were you involved in any capacity in any | 10:15:03 |
| 9 | plans for the development of those properties? | 10:15:07 |
| 10 | A   Yeah.  The -- I was not involved in any | 10:15:14 |
| 11 | plans for the development.  I may have been | 10:15:18 |
| 12 | familiar with them, but I was not involved in the | 10:15:20 |
| 13 | planning. | 10:15:23 |
| 14 | Q   Okay.  What knowledge did you gain | 10:15:23 |
| 15 | concerning the development of any of the | 10:15:28 |
| 16 | properties -- | 10:15:30 |
| 17 | MR. MORRISON:  At what point? | 10:15:31 |
| 18 | BY MS. BERTRAM: | 10:15:32 |
| 19 | Q   -- or development -- let me strike that | 10:15:32 |
| 20 | and restate it. | 10:15:34 |
| 21 | What knowledge do you have of the plans | 10:15:35 |
| 22 | for the development of any of the LLC properties? | 10:15:38 |

CONFIDENTIAL TRANSCRIPT
Transcript of Jason Shrensky
Conducted on April 10, 2025

38

| | | |
|---|---|---|
| 1 | MR. MORRISON:  At what point in time? | 10:15:41 |
| 2 | MS. BERTRAM:  At any point.  He said he | 10:15:43 |
| 3 | gained knowledge. | 10:15:45 |
| 4 | MR. MORRISON:  Well, I'm not going to let | 10:15:46 |
| 5 | him answer -- the First Amended Complaint goes two | 10:15:48 |
| 6 | weeks after you fired Lewis Shrensky, so we'll | 10:15:51 |
| 7 | confine Mr. Jason Shrensky's testimony to that | 10:15:55 |
| 8 | time period.  We're not going to let you ask him | 10:16:01 |
| 9 | about any development activities that are not | 10:16:03 |
| 10 | covered by the First Amended Complaint in this | 10:16:06 |
| 11 | case. | 10:16:08 |
| 12 | MS. BERTRAM:  The First Amended Complaint | 10:16:09 |
| 13 | raises issues with respect to breach of fiduciary | 10:16:11 |
| 14 | duty and intentional interference on an ongoing | 10:16:15 |
| 15 | basis, including ongoing development activities | 10:16:18 |
| 16 | involving the LLCs, and, consequently, it's | 10:16:23 |
| 17 | relevant to -- and within the proper scope of | 10:16:27 |
| 18 | discovery. | 10:16:31 |
| 19 | BY MS. BERTRAM: | 10:16:32 |
| 20 |   Q  Let me just back up a little bit, though. | 10:16:32 |
| 21 | When did you first learn, Mr. Shrensky, that there | 10:16:34 |
| 22 | were plans for the development of any of the LLC | 10:16:37 |

CONFIDENTIAL TRANSCRIPT
Transcript of Jason Shrensky
Conducted on April 10, 2025

195

| | | |
|---|---|---|
| 1 | 2:04 p.m. | 14:04:25 |
| 2 | (An off-the-record discussion was had at | 14:04:25 |
| 3 | 2:04 p.m.) | 14:05:11 |
| 4 | THE VIDEOGRAPHER: We're back on the | 14:05:11 |
| 5 | record. The time on the video monitor is | 14:05:12 |
| 6 | 2:05 p.m. | 14:05:15 |
| 7 | MS. BERTRAM: So -- | 14:05:16 |
| 8 | MR. MORRISON: For the record, I am | 14:05:17 |
| 9 | objecting to your use of documents on issues that | 14:05:19 |
| 10 | are not only not relevant in this case, but that | 14:05:25 |
| 11 | have been repeatedly testified to in the trial | 14:05:31 |
| 12 | before Judge Leary in January. | 14:05:35 |
| 13 | There's no relationship between these | 14:05:38 |
| 14 | issues and what you pled in this case in the First | 14:05:41 |
| 15 | Amended Complaint, and I object to you wasting our | 14:05:45 |
| 16 | time and going beyond what is permissible so that | 14:05:49 |
| 17 | you can just ask anybody anything even though we | 14:05:53 |
| 18 | had a trial over this. | 14:05:58 |
| 19 | Mr. McAvoy, your co-counsel, is quoted in | 14:05:59 |
| 20 | the transcript about this e-mail where you say | 14:06:03 |
| 21 | this is a joke, and now you're sitting here asking | 14:06:05 |
| 22 | this witness about testimony that already | 14:06:08 |

CONFIDENTIAL TRANSCRIPT

Transcript of Jason Shrensky
Conducted on April 10, 2025

196

| | | |
|---|---|---|
| 1 | occurred.  I find that objectionable. | 14:06:11 |
| 2 |     MS. BERTRAM:  So, Scott, what rule of | 14:06:14 |
| 3 | federal procedure -- | 14:06:16 |
| 4 |     MR. MORRISON:  I'm not arguing with you. | 14:06:16 |
| 5 |     MS. BERTRAM:  -- prevents me -- | 14:06:18 |
| 6 |     MR. MORRISON:  That's my objection. | 14:06:19 |
| 7 |     MS. BERTRAM:  -- from asking another | 14:06:20 |
| 8 | witness in another proceeding about a document? | 14:06:22 |
| 9 | Have I asked Mr. Jason Shrensky -- | 14:06:25 |
| 10 |     MR. MORRISON:  This has nothing to do with | 14:06:28 |
| 11 | this case and it's already been at issue and we're | 14:06:29 |
| 12 | waiting for Judge Leary's decision. | 14:06:33 |
| 13 |     MS. BERTRAM:  The First Amended | 14:06:35 |
| 14 | Complaint -- | 14:06:36 |
| 15 |     MR. MORRISON:  No.  You don't have a right | 14:06:36 |
| 16 | to ask a witness anything you want.  That's what I | 14:06:38 |
| 17 | tried to make clear in the beginning.  I wanted | 14:06:41 |
| 18 | you to stay, with this witness, on issues in this | 14:06:43 |
| 19 | case. | 14:06:46 |
| 20 |     There are five other cases, and you're | 14:06:47 |
| 21 | wandering around, and now this document I think | 14:06:51 |
| 22 | was in the trial.  And it was certainly quoted by | 14:06:54 |

| | | |
|---|---|---|
| 1 | your co-counsel about it being a joke in the | 14:06:59 |
| 2 | offer.  This has all been testified to over the | 14:07:01 |
| 3 | course of many days in the Fairfax County trial. | 14:07:05 |
| 4 |     MS. BERTRAM:  Are you done so that I can | 14:07:08 |
| 5 | state something for the record -- | 14:07:09 |
| 6 |     MR. MORRISON:  Sure.  State -- | 14:07:11 |
| 7 |     MS. BERTRAM:  -- or are you just going to | 14:07:12 |
| 8 | keep talking? | 14:07:14 |
| 9 |     MR. MORRISON:  State whatever you want. | 14:07:15 |
| 10 |     MS. BERTRAM:  I have -- | 14:07:15 |
| 11 |     MR. MORRISON:  You asked me what rule and | 14:07:17 |
| 12 | why I'm doing what I did, and I answered that. | 14:07:18 |
| 13 |     MS. BERTRAM:  The issue of the sale of the | 14:07:20 |
| 14 | company is expressly raised in the First and the | 14:07:22 |
| 15 | Second Amended Complaint.  We raised concerns that | 14:07:25 |
| 16 | the Shrenskys breached their fiduciary duties in | 14:07:30 |
| 17 | connection with that and have engaged in | 14:07:33 |
| 18 | self-dealing in connection with the sale of the | 14:07:35 |
| 19 | company on an ongoing basis. | 14:07:37 |
| 20 |     Mr. Shrensky -- Mr. Lewis Shrensky was | 14:07:39 |
| 21 | asked maybe three questions about this situation | 14:07:42 |
| 22 | with The Statesman Firm at his deposition | 14:07:46 |

CONFIDENTIAL TRANSCRIPT

Transcript of Jason Shrensky

Conducted on April 10, 2025                             198

| | | |
|---|---|---|
| 1 | encompassing approximately seven minutes of a | 14:07:49 |
| 2 | multiple-week trial.  That doesn't preclude me | 14:07:53 |
| 3 | from asking Mr. Jason Shrensky, or, for that | 14:07:58 |
| 4 | matter, Mr. Lewis Shrensky, about this document. | 14:08:01 |
| 5 | A party does not get one and only one shot to ask | 14:08:04 |
| 6 | questions about a document, particularly in | 14:08:08 |
| 7 | discovery. | 14:08:11 |
| 8 | And I find this to be a gross breach of | 14:08:11 |
| 9 | your duties under the federal rules, your | 14:08:14 |
| 10 | continuous objections on the record that have no | 14:08:18 |
| 11 | foundation that are intended to coach The Witness | 14:08:20 |
| 12 | and that are obstructing this deposition. | 14:08:24 |
| 13 | I expect, when we go back on the record | 14:08:27 |
| 14 | with The Witness present, that you are going to | 14:08:30 |
| 15 | constrain yourself to questions -- to objections | 14:08:32 |
| 16 | to the form or, if it's appropriate, on privilege. | 14:08:35 |
| 17 | MR. MORRISON:  I am -- | 14:08:40 |
| 18 | MS. BERTRAM:  Your speaking -- | 14:08:40 |
| 19 | MR. MORRISON:  Let me know when you're | 14:08:43 |
| 20 | done. | 14:08:43 |
| 21 | MS. BERTRAM:  Your endless speaking | 14:08:43 |
| 22 | objections are interfering with the progress of | 14:08:45 |